UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GIBRALTAR DESIGN, INC. an INDIANA
Corporation,

      Plaintiff,

vs.                                                     Case No.  3:04-cv-742-J-MCR

THE SCHOOL BOARD OF FLAGLER
COUNTY, FLORIDA , a Florida county school
board,

      Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Entry of an Order Dismissing Certain Claims with Prejudice (Doc. 128) filed August 29, 2006. Based on the Stipulation, Plaintiff, Gibraltar Design Inc.'s claim against Defendants, the School Board of Flagler County, Paul Stressing Associates Inc., Structural Engineers Group, Inc., Kenyon & Partners, Inc. and Alison Fetner shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.  Additionally, Defendant, the School Board of Flagler County's counterclaim against Gibraltar Design, Inc. shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.  The counterclaim brought by the School Board of Flagler County against Ivey, Harris & Walls, Inc. shall remain pending in this Court.  This claim will continue to be governed by the deadlines established by the Court's May 15, 2006 Order (Doc. 116).

In light of this dismissal, Plaintiff, Gibraltar Design, Inc.'s Motion for Summary Judgment (Doc. 124) is hereby **DENIED as moot**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  30th  day of August, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record